IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PLAINTIFF William A. Taccino

vs    Civil action No. MJG-01-341

DEFENDANT U.S.A.
U.S.P.S.
Postmaster General
Et Al.

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

SEP 11 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

MOTION FOR CONTINUANCE

Now comes William A. Taccino, plaintiff in the above captioned case, to again respectfulley ask this Honorable Court to grant him another continuance to amend his complaint and to extend time to file answer to defendant's motion to dismiss due to the following reasons and for good cause.

[handwritten note] try later to December 11, 2001.

[signature] _____ this 11th day of _____ 20__

[signature]
Marvin J. Garbis
United States District Judge

1. That plaintiff agreed to defendants terms of settlement to EEOC in wich defendant failed to comply with it's own terms of this agreement after settlement was reached. (copy enclosed)

2. That Plaintiff was wrongfully charged while on the Job, in the line of duty in compliance with the laws of the land and instructions of management and the U.S. Govt. on Mar. 9 2001. This is same issue and parties pertaining to Sept 21 1999 in wich are the particulars of this case. (copy enclosed)

3. And that defendants sent notice to U.S. Dept. of Justice. copy and contents (plaintiff did not recieve). about same and representation for plaintiff. Afterwich U.S. Dept. OF Justice stated it would not represent plaintiff in this matter. (copy enclosed). Thus not allowing plaintiff enough time and costs to seek legal representation in this matter.

4. And that Plaintiff after bringing Suite against the Union in Aug. 2000 Dropped this Suite and accepted Union and defendant's terms and returned to work in Feb 2001 only to again Find conditions such as allowing plaintiff to be harrassed, and the U.S. mail to be delayed on Mar 9 2001 by the same parties as in Sept 21 1999. Incident.

5. Also after Six months plaintiff health Ins. has not been reinstated and after several weaks of plaintiff demanding it to be has so far been denied for unknown reasons. Thus now plaintiff is waiting for possible foot surgery and cannot afford this without insurance due to recent bankruptcy.

6. In addition plaintiff is waiting for results of hearing in oct. in All. co. circuit Court against md. state police etc and Appeal on change scheduled for Nov. 13. 2001 all of wich has great bearing and merritts to this case.

Plaintiff has bent every way possible in hopes of settling these matters but in each instance even on defendants own terms becomes a victom of Negligance wrong-doing or discrimination

And for these reasons respectfulley asks this Honorable Court to grant him at least one more <u>60</u> or hopefulley <u>90</u> day continuance in all Fairness

Thank You

William A Taccino
William A Taccino
402 Pine Ave
Cumberland md 21502
301 722 1312

_____
Judge

Certificate of Service

I certify that on this 10th day of Sept 2001 I mailed a copy of the foregoing motion prepaid us postage to Tawana Davis ASST. U.S. ATTY. 6625 U.S. Courthouse, 101 W. Lombard St. Balt. Md. 21201

William A Taccino
402 Pine Ave
Cumberland md 21502
301 722 1312