IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM A. TACCINO                *

        Plaintiff        *

vs.                               *   CIVIL ACTION NO. MJG-01-341

UNITED STATES OF AMERICA,         *
U.S.P.S.
        Defendant        *

*   *   *   *   *   *   *   *   *

### JUDGMENT ORDER

By separate Order issued this date, the Court has granted Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant United States of America, U.S.P.S. against Plaintiff William A Taccino dismissing all claims for lack of jurisdiction without costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure

SO ORDERED this 17th day of December, 2001.

                                         Marvin J. Garbis
                               United States District Judge